UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAMELA WILLIAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>KORA US, LLC,<br><br>    Defendant. | Case No. 1:20-cv-4788<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 9/16/2020 |

## **STIPULATION OF DISMISSAL**

Plaintiff Pamela Williams, and defendant Kora US, LLC, by and through their respective counsel of record, hereby stipulate pursuant to Fed. R. Civ. Proc. 41(A)(1)(a) that this action shall be dismissed as to defendant Kora US, LLC, subject to the terms of a Settlement Agreement between the parties dated August 20, 2020, which are incorporated as though fully set forth herein by reference. Except as to the performance of the settlement terms, this action shall be dismissed with prejudice as to Pamela Williams only and without prejudice as to any absent class members. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement in the event of breach, and a claim of breach may be asserted by a motion to enforce the Settlement Agreement.

Dated: September 9, 2020

_____
David Paul Force
Stein Saks Legal
285 Passaic Street
Hackensack, NJ 07601
Telephone: (201) 282-6500
Facsimile: (201) 282-6501
dforce@steinsakslegal.com

*Attorneys for Plaintiff*

Dated: September 9, 2020

_____
Sara Tomezsko
Paul Hastings LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
saratomezsko@paulhastings.com

*Counsel for Defendant*

LEGAL_US_W # 104703599.1

PAMELA WILLIAMS					Kora US, LLC

SO ORDERED

*[signature: Alison J. Nathan]* 9/15/2020

LEGAL_US_W # 104703599.1